UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HOPKINS PROPERTIES, LLC, VOLUSIA
BROADCASTING COMPANY, LLC, THE
PERFORMANCE GROUP, INC., JOSEPH
H. HOPKINS,

                    Plaintiffs,

-vs-                                          Case No. 6:13-cv-349-Orl-28TBS

KEVIN GEDDINGS, GLK
CONSULTANTS, LLC, JOSEPH MILES,
DAYTONA REPAIR PO, INC., GO TO
STUGIS, LLC, GREGORY NEWLUN, CRI-
MO, LLC, BRIAN NEWLUN, ,

                      Defendants.

## ORDER

This case is before the Court on Plaintiffs' Motion for Award of Attorneys' Fees and Costs (Doc. No. 50) filed June 26, 2013. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed July 22, 2013 (Doc. No. 52) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiffs' Motion for Award of Attorneys' Fees and Costs (Doc. No. 50) is **GRANTED** to the extent provided in the Report and Recommendation (Doc. No. 52).

3. Plaintiffs are awarded $4,650.00 in attorneys' fees against Defendants Kevin Geddings and GLK Consultants, LLC, jointly and severally.

4. The Clerk of the Court is directed to enter judgment as set forth above.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 14 day of August, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party